IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
      Plaintiff,

vs.                              **Case No. 3:07cr114/LAC**

VYACHESLAVE ADOL'FOVICH FINKEL,
   a/k/a "Stan Finkel,"
   a/k/a "Slava Finkel,"
      Defendant.

## CONSENT ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States

sought forfeiture from the defendant, **VYACHESLAVE ADOL'FOVICH FINKEL,**

pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States

Code, Section 982(a)(6), the defendant's interests in any property, real or personal,

involved in the violations set forth in Count's One through Twelve of said Indictment

and/or any property traceable to such property;

AND WHEREAS, on or about October 24, 2007, the defendant,

**VYACHESLAVE ADOL'FOVICH FINKEL,** pled guilty to Counts One through

Twelve of the Indictment pursuant to a plea and cooperation agreement outlining such

forfeiture;

N OPEN COURT THIS

1/9/08

CLE.........DISTRICT
COURT, NORTH DIST. FLA.

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of an Order and Judgment of Forfeiture against all of defendant's interest in said property, pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1.    That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2.    That property which is subject to forfeiture in this Order is as follows:

3.    A forfeiture money judgment in the amount of **one million dollars ($1,000,000.00),** joint and severally with co-conspirators, **ANNA SHAULOVA CZERWIEN, JUSTIN ERIC KING, and ALEKSANDER V. BERMAN** shall be included in the sentence of the defendant and the United States Department of Justice may take steps to collect the judgment from any property of the defendant, in accordance with the substitute asset provisions of Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6).

4.    Upon the seizure of any property to satisfy all or part of the judgment, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this forfeiture as required by law;

5.    That a Consent Order and Judgment of Forfeiture is hereby entered in

2

favor of the United States against defendant, **VYACHESLAVE ADOL'FOVICH**

**FINKEL,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

TIFFANY H. ROGERS
Assistant United States Attorney

VYACHESLAVE ADOL'FOVICH FINKEL
Defendant

BETH AMOND
Attorney for Defendant

IT IS SO ORDERED this _____ day of January, 2008

LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

3