**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                             CASE NO.  3:07cr114 LAC

VYACHESLAVE ADOL'FOV FINKEL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   September 8, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF THIRTY DAYS FROM SENTENCE BASED ON SEVERAL ERRORS OF COUNSEL AND DEFENDANT'S GOOD FAITH EFFORT TO SURRENDER VOLUNTARILY

Filed by DEFENDANT PRO SE     on 9/4/08     Doc.# 155

RESPONSES:

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of September, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) The Court loses jurisdiction to change a sentence seven days after the sentence was imposed.*

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.